JONATHAN ERIC RIVERA #274114   DORM 6B BED 18U
Name and Prisoner/Booking Number

ARIZONA STATE PRISON COMPLEX EYMAN /MEADOWS UNIT
Place of Confinement

P.O. BOX 3300
Mailing Address

FLORENCE, ARIZONA 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌──────────────────────────────────┐
│  ☑ FILED     ☐ LODGED            │
│  ☐ RECEIVED  ☐ COPY              │
│                                   │
│        AUG 2 3 2022               │
│                                   │
│   CLERK U.S. DISTRICT COURT       │
│     DISTRICT OF ARIZONA           │
│  BY_____ DEPUTY        │
└──────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JONATHAN ERIC RIVERA                 ,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) PIMA COUNTY SHERRIF CHRIS NANOS   ,
(Full Name of Defendant)

(2) PCADC OFFICER SERVIN              ,

(3) CENTURION NURSE # JANE DOE #2,
    CENTURION

(4) INTAKE NURSE # JANE DOE #1        ,

                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 4:22-CV-00031-JAS-PSOT
(To be supplied by the Clerk)

TRIAL BY JURY

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: PIMA COUNTY ADULT DETENTION COMPLEX
    TUCSON, AZ

Revised 12/1/20

1

**550/555**

I-A

DEFENDANTS CONTINUED FROM PAGE 1

5) CENTURION NURSE JANE DOE #3

6) CENTURION MEDICAL PROVIDER FOR PCADC

## B. DEFENDANTS

1. Name of first Defendant: _CHRIS NANOS_ . The first Defendant is employed
as: _PIMA COUNTY SHERRIFF_ at _PIMA COUNTY, STATE OF ARIZONA_ .
(Position and Title)          (Institution)

2. Name of second Defendant: _CORRECTIONS OFFICER SERVIN_ . The second Defendant is employed as:
as: _PIMA COUNTY ADULT CORRECTION OFFICER_ at _PIMA COUNTY ADULT DETENTION COMPLEX_
(Position and Title)          (Institution)

3. Name of third Defendant: _JANE DOE # 2_ . The third Defendant is employed
as: _CENTURION NURSE_ at _PIMA COUNTY ADULT DETENTION COMPLEX_
(Position and Title)          (Institution)

4. Name of fourth Defendant: _JANE POE #1_ . The fourth Defendant is employed
as: _CENTURION NURSE INTAKE_ at _PIMA COUNTY ADULT DETENTION COMPLEX_
(Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes      ☐ No

2. If yes, how many lawsuits have you filed? ___3___ .   Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: _JONATHAN ERIC RIVERA_ v. _PIMA COUNTY ADULT DETENTION COMPLEX_
   2. Court and case number: _CV2300033-JAS-PSOT_ _et al_
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _DEFENDANTS_
   _ORDERED TO COURT TO ANSWER FOR CONSTITUTIONAL VIOLATIONS_

b. Second prior lawsuit:
   1. Parties: _JONATHAN ERIC RIVERA_ v. _PIMA COUNTY ADULT DETENTION COMPLEX_
   2. Court and case number: _CV-22-00034_ _et, al_
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _IS STILL_
   _PENDING_

c. Third prior lawsuit:
   1. Parties: _JONATHAN ERIC RIVERA_ v. _CENTURION et, al_
   2. Court and case number: _22CV-00031-JAS-PSOT_
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _WAS DISMISSED_
   _WITH LEAVE TO AMEND_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

DEFENDANTS CONTINUED FROM PAGE 2

5) NAME OF DEFENDANT JANE DOE #3. THE FIFTH DEPENDANT IS EMPLOYED AS CENTURION NURSE AT PIMA COUNTY ADULT DETENTION COMPLEX.

6) NAME OF DEFENDANT CENTURION. THE SIXTH DEFENDANT IS EMPLOYED AS MEDICAL PROVIDER AT PIMA COUNTY ADULT DETENTION COMPLEX.

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: DENIED PROPER VACCINATION STEPS TO AVOID COVID-19, WAS FORCED TO CONTRACT COVID-19, NO CHOICE OF HEALTH CARE.

2.   **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☑ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

ON JULY 29TH 2022 I WAS TAKEN INTO CUSTODY BY TPD AND BOOKED INTO PCADC. I WAS TESTED THAT DAY AND QUARENTINED AND TESTED AGAIN WITHIN 14 DAYS WHICH WAS AUGUST 10TH 2022. ALL TESTS WERE NEGATIVE, ON 8-17-21 I REQUESTED THE VACCINE FOR COVID-19 ON A CENTURION HEALTH NEEDS REQUEST FORM PROVIDED BY 8-17-21 PCADC. FOR ADDRESSING MEDICAL NEEDS. TWO DAYS LATER I RECIEVED THE FORM BACK FROM CENTURION NURSE JANE DOE #2 STATEING I WOULD NOT BE RECIEVING THE VACCINE DUE TO THE FACT RECORDS STATES I HAVE THE VACCINE, I HAD ALSO SUBMITTED ANOTHER CENTURION HEALTH NEEDS REQUEST FOR ANOTHER NEED AND WAS BROUGHT IN ON 9-5-21 WHILE I WAS IN THE MEDICAL UNIT I EXPLAINED TO THE NURSE WHAT WAS HAPPENNING THAT THERE WAS SOME MISINFORMATION AND I DID NOT HAVE THE VACCINE AND I WOULD LIKE TO HAVE IT COULD SHE PLEASE VERIFY THAT INFORMATION AND PROVIDE ME VACCINE. SHE SAID SUBMIT ANOTHER HEALTH NEEDS REQUEST AND WE SHOULD BE ABLE TO FOLLOW UP AND PROVIDE THE VACCINE TO YOU. THAT WAS CENTURION NURSE JANE DOE #3. IMMEDIATLY SUBMITTED ANOTHER REQUEST AS SOON AS I RETURNED TO THE POD THAT DAY. I NEVER. CONT:

*(margin note, left side)* FOR COUNT I BY NAME NURSE JANE DOE #1

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

I CONTRACTED COVID-19 NOT BY CHOICE, I WAS DENIED THE VACCINE, I HAVE SUFFERED PROLONGED HEALTH ISSUES SUCH AS COVID LONG LUNGS INCREASED ASTHMA CARE USEING A NEBULIZER, HAVE RECENTLY BEEN DIAGNOSED WITH

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count I?   ☑ Yes   ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?   ☑ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I SUBMITTED REQUESTS FOR RELIEF AND WAS DENIED AND WAS NOT ALLOWED TO REQUEST AGAIN FOR ALL GRIEVANCES. WERE ADMINISTATLY DENIED WITH NO REAL REASON OR EXPLANATION OTHER THAN I HAD 3 DAYS TO SUBMITT A PROPER REQUEST.

3

③ SUPPORTING FACTS CONTINUED FROM PAGE 3  COUNT 1

CONT: RECIEVED THE SECOND SUBMITTED HEALTH FORM FOR THE VACCINE BACK. SOON AFTER THAT IN THE MONTH OF SEPTEMBER ~~ON SEPTEMBER~~ THE LAST WEEK OFFICER SERVIN CAME INTO OUR POD AND SHOWED SYMPTOMS OF AN OBVIOUS ILLNESS SUCH WERE: COUGHING, SNEEZING, RED NOSE, WATERY EYES, HOARSE VOICE, AND ILL FACIAL EXPRESSIONS. HE CONTINUED TO STAY IN OUR POD AND HANDLE LUNCH SACKS AND PASS THEM OUT, UNLOCK CELL DOORS WITH HIS KEYS, AND PAT DOWN INMATES GOING IN AND OUT OF THE POD. I LEFT THE POD THAT DAY AND THATS HOW I KNEW HOW SICK HE WAS CAUSE I SAW HIM UP CLOSE AND HIS FACE WAS RED AND HE SNEEZED WITH IN 5 FEET OF ME BEFORE SEARCHING ME. THE VERY NEXT DAY I BEGAN TO FEEL ILL AND OFFICER SERVIN I HEARD WAS OUT WITH AN ILLNESS. FOR THE NEXT FEW DAYS MY HEALTH DETERIORATED TO THE POINT OF NOT BEING ABLE TO GET UP AND DOWN OFF MY TOP BUNK. SOME OTHER INMATES IN THE POD REQUESTED TO OFFICER ROMERO FOR MEDICAL HEALTH HELP. OFFICER ROMERO QUICKLY RESPONDED TO MY NEEDS AND HAD ME SENT TO MEDICAL WHERE I TESTED POSITIVE FOR COVID-19 WITH 104° TEMPEATURE AND COULD BARELY STAND UP. MY BLOOD PRESURE WAS NEAR 200/100. I WAS HOUSED IN THE MEDICAL UNIT CALLED THE INFERMARY. I BECAME ILL FOR SEVERAL DAYS, LOST 20 IBS, TESTED POSITIVE ON THE 10th DAY STILL AND NEVER WAS TESTED AGAIN BUT ON THE 15TH DAY I WAS MOVED TO A DISCIPLINARY POD FOR OVER CROWDING. I RETURNED TO MY POD 18 DAYS LATER AND LEARNED THAT MORE THAN 30 PEOPLE TESTED POSITIVE AFTER I DID AND THAT I WAS THE PATIENT ∅ OR FIRST INMATE TO TEST POSITIVE FOR COVID-19 IN THE POD 1 POPPA. THERE IS A POLICY PUT IN PLACE AND AN EPIDEMIC PROTOCOL FOR PCADC OFFICERS TO FOLLOW TO CONTAIN THE SPREAD OF THE COVID-19 ILLNESS WITHIN THE JAIL AND COMMUNITY. I CONTRACTED COVID19 DUE TO A BREACH OF THE POLICIES IN PLACE. AN INMATE WHEN BEING BOOKED INTO PCADC IS TESTED AND QUARENTEENED FOR 14 DAYS IN AN ISOLATED CELL AWAY FROM OTHER

CONTINUED →

③ SUPPORTING FACTS   CONTINUED FROM   PAGE 3   COUNT 1

INMATES AND EITHER HOUSED SEPERATLY FOR TESTING POSITIVE OR WITH OTHERS WHEN TESTING NEGATIVE. THEN TESTED AGAIN AFTER 14 DAYS AND AFTER TESTING NEGATIVE ARE MOVED TO A GENERAL POPULATION POD. OR IF POSITIVE KEPT IN ISOLATION AND MONITORED / TREATED AS I WAS. AFTER TESTING POSITIVE. DURING THE LAST TWO WEEKS OF SEPTEMBER THERE WAS NO NEW INMATES THAT WERE MOVED INTO POD 1 POPPA FROM THE QUARENTEEN PODS. WHEN HAVING COURT DATES INMATES THAT LEAVE THE POD TO GO TO DOWNTOWN COURT MUST GO THROUGH THE PROTOCOLS OF COVID-19 POLICIES AND QUARENTEEN AGAIN TO PREVENT OTHER INMATES FROM CONTRACTING THE VIRUS. THERE WAS NO MOVEMENT OF INMATES INTO OR OUT OF POD 1 POPPA DURING THOSE DAYS IN THE END OF SEPTEMBER. THERE IS NO OTHER WAY OTHER THAN BEING EXPOSED TO COVID-19 BY OFFICER SERDONS EXPOSURE TO ME AND ALL OF PCADC STAFF AND INMATES. FOR ME TO CONTRACT THE VIRUS. SHERIFF CHRIS NANOS IS SOLEY RESPONSIBLE FOR ASSURING THE POLICIES, PROTOCOLS, AND PROCEDURES ARE FOLLOWED AND CARRIED OUT BY TRAINED OFFICERS AND THAT ANY SUB-CONTRACTED OR CONTRACTED OR THIRD PARTY PROVIDERS OF MEDICAL CARE ARE COMPETANT, ACCURATE, TRAINED, AND LICENSED TO PROVIDE THE MEDICAL CARE TO INCLUDE THE VERIFICATION, TRANSFER, AND NOTICE OF ALL MEDICAL INFORMATION OF INMATES TO INCLUDE VACCINES AND POSITIVE RESULTS OF DISEASES. THE DIRECT ABUSE OF THE POLICIES, PROTOCOLS, AND PROCEDURES OF PCADC OFFICERS AND ADMINISTRATIVE STAFF IS CHRIS NANOS RESPONSABILITY TO MONITOR, CORRECT, AND DEFINE. THE FACT THAT PCADC OFFICERS WERE ALLOWED TO WORK WITHOUT A DAILY TEST WHEN COMING AND LEAVING THE FASCILITY OR TO EVEN ENTER THE JAIL WHILE SHOWING SYMPTOMS SUBJECTING INMATES TO PHYSICAL HARM AND EVEN DEATH VIOLATES MY RIGHT TO FREEDOM FROM SAFETY AND PUTS ME IN HARMS WAY. DUE TO THE FAILURE TO CORRECTLY TRAIN AND MONITOR THE OPERATION OF THE POLICIES, PROCEDURES AND PROTOCOLS CHRIS NANOS, OFFICER SERUDOY AND CENTURION ———

2 SUPPORTING FACTS CONTINUED FROM PAGE 3 COUNT 1

AS A MEDICAL PROVIDER AND THE 3 JANE DOE STAFF MEMBERS ARE RESPONSIBLE FOR MY COVID-19 CONTRACTION AND RELATED HEALTH PROBLEMS PROLONGED. I WOULD LIKE TO ADD THAT THE REQUEST SUBMITTED TO CENTURION ON 8/17/21 STATED THAT MY CHART SPECIFICALLY STATED THAT I HAVE BEEN VACCINATED, WHICH SHOULD ALSO STATE THE DATE OF VACCINATION, PHARMECUETICAL MANUFACTURER, AND LOCATION OF THE MEDICAL PROVIDER ADMINISTERING THE COVID-19 VACCINATION. I HAVE THE ORIGIAL FORM SUBMITTED AND I ALSO HAVE THE COVID-19 VACCINATION RECORD CARD FROM CDC PROVIDED BY PCADC WITH THE 1ST DOSE DATE OF 11-30-21 MANUFACTURER PFIZER LOT # PH8028 2ND DOSE DATE OF 12-28-21 MANUFACTURER MODERNA LOT # 069H21A HOW CAN MY CHART STATE THAT I HAVE THE VACCINE DATED 8-17-21 ON THE RETURNED REQUEST AND I ALSO HAVE THE COVID-19 VACCINATION CARD WITH LATER DATES. THERE IS CLEAR EVIDENCE OF THE VIOLATIONS AGAINST ME. WHY DO I NEED TO SUFFER BECAUSE OF THE NEGLIGANT FAILURE TO CORRECTLY VERIFY DISEASE AND EPIDEMIC POLOCIES, PROTOCOLS, AND PROCEDURES BY ALL OF THE DEFENDANTS NAMED IN THIS COMPLAINT. I UNDERSTAND THAT THE PROSECUTION OF THE CRIMES I WAS AND AM ACUSSED OF IS A LEGITAMITE PROCESS, BUT THE OBVIOUS LACK OF CARE BY THE DEFENDANTS AND THE EXPOSURE TO LOWER THAN STANDARD CARE SHOULD NOT BE A PUNISHMENT IN PIMA COUNTY ADULT DETENTION COMPLEX, EITHER BEFORE, DURING, OR AFTER CONVICTION AND PROSECUTION

④ INJURIES    CONTINUED FROM PAGE 3   COUNT 1

A HEART CONDITION CALLED SUPER VENTRICULAR TACHYCARDIA ARRIHMIA THAT IS ASSOCIATED WITH COVID-19 INFECTION, I WAS INITIALLY TERRIFIED FOR MY LIFE, I WAS TRAUMATIZED THINKING I WAS FACED WITH DYING IN PCADC, IT CAUSED SEVERE MENTAL, EMOTIONAL, AND PYCHOLOGICAL DISFUNCTION AND TRAUMA THINKING THAT I WAS DENIED A POSSIBLE LIFE SAVING OR COULD HAVE AVOIDED SEVERE HEALTH ISSUES. WITH THE VACCENE IF SHERIFF NANOS WERE ENFORCING AND MONITORING AT A DETAILED LEVEL THE PROPER TRAINING AND EDUCATION OF PCADC OFFICERS, ALL STAFF, AND MEDICAL PROVIDERS LIKE CENTURION AND STAFF. THE CONTINUED AVOIDENCE THROUGH GRIEVACES, DENIAL OF GRIEVANCES AND THE FACT IT HAS NEVER BEEN ACKNOWLEDGED MADE IT COMPOUNDED. MY LIBERTY, WAS TAKEN AT MY OWN FAULT, BUT SHOULD MY HEALTH, MENTAL HEALTH AND RIGHT TO LIFE BE TAKEN. I WAS GIVEN A 2 YEAR PRISON SENTENCE BUT I WILL HAVE TO LIVE WITH THE PROLONGED CARE AND SYMPTOMS OF COVID-19 FOREVER! I AND MY FAMILY HAVE SUFFERED WITH EMOTIONAL AND MENTAL PAINS AND FEARS WONDERING IF I WILL MAKE IT HOME, ALONG WITH MY HEALTH CONDITIONS. I CAN NOT AVOID COVID-19 OR ITS DETERIORATING LONG LASTING EFECTS ANY LONGER DUE TO OFFICER SERVIN EXPOSING ME TO COVID-19 AND THE CENTURION MEDICAL NOT MONITORING AND EXECUTING PROPER TRANFER OF HEALTH RELATED INFORMATION. IT IS A HIPAA VIOLATION TO EXERCISE THOSE TYPE OF INACCURATE TRASFERS OF INFORMATION. THANK YOU FOR READING THIS AND YOUR UNBIASED OPINION OF LAW AND ORDER.

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____.
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                      ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count III?        ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
        _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I AM SEEKING COMPENSATORY MONETARY INJUNCTIVE, INJUNCTIVE
TO HAVE ALL PCADC HISTORY OF INMATES SINCE 02-2020 TO BE
EVALUATED VERIFIED, AND IF NEEDED CORRECTED BY THE FEDERAL
GOVERNMENT OF THE UNITED STATES. CONCERNING FALSIFIED INFORMATION
OF ALL HEALTH CARE OF INMATES, HEALTHCARE INFORMATION, AND TREATMENT
OF INMATES AT PCADC. I WANT TO BE FREE FROM RETALIATION FROM
STATE AND COUNTY OFFICIAS DURING ALL PROCESSE AND PROSEEDING
WITH MY FEDERAL COMPLAINTS AGAINST PIMA COUNTY GOVERNMENT OFFICIAL)
PLEASE KEEP ME AND MY FAMILY SAFE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___8-17-22___
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may
attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.